Order issued November 13, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01098-CV

## IN RE ESTATE OF FRANCIS J. HUTCHINS, DECEASED

### Original Proceeding from Probate Court No. 1
### Dallas County, Texas
### Trial Court Cause No. PR-11-01594-1

## ORDER

Before Justices Bridges, Lang, and Fillmore

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the probate court judge, the Honorable Brenda Hull-Thompson, Presiding Judge of Probate Court No. 1, to (1) **VACATE** her June 5, 2012 "Order Denying Motion for Turnover Order" and (2) **RENDER** an order requiring real party in interest Karen J. Coyle to deliver to relator Susan E. Jones all property in her possession that was requested in the "Motion for Turnover Order."

Should the probate court judge fail to comply with this order, the writ will issue. The Court **ORDERS** the probate court judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of her order issued in compliance with this order.

We **ORDER** that relator recover her costs of this original proceeding from real party in interest.

DOUGLAS S. LANG
JUSTICE